UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ORKIDEH TORABI, et al.,

Plaintiffs,

v.

MARCO RUBIO, U.S. Secretary of State, et al.

Defendants.
---------------------------------------------------------------X

JUDGMENT

25-cv-4394-EK

An Order of the Honorable Eric Komitee, United States District Judge, having been filed on January 7, 2026, dismissing this action without prejudice; it is

ORDERED and ADJUDGED that this action is dismissed without prejudice.

Dated: Brooklyn, New York
January 8, 2026

Brenna B. Mahoney
Clerk of Court

By: _/s/Jalitza Poveda_
Deputy Clerk